IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC RELIFORD, BOP No. 45586-019,  )<br>Movant,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>Respondent.  ) | 3:04-CV-2550-K<br>3:97-CR-237-X |

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Eric Reliford's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. The District Court reviewed the proposed Findings, Conclusions, and Recommendation de novo. Finding no error, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 24th day of June, 2005.

ED KINKEADE
UNITED STATES DISTRICT JUDGE